IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RAYMOND J. KLOTZ, JR.,

EDWARD FLEISCHER,

and GERALD BURCH, JR.,

                        Plaintiffs,

v.                                      Case No. 3:11-cv-264 (JRS)

COMMONWEALTH OF VIRGINIA,

KENNETH T. CUCCINELLI, II, Attorney General
  of the Commonwealth of Virginia,

VIRGINIA BOARD OF ELECTIONS,

CHARLES JUDD, Chairman of the
  Virginia Board of Elections,

KIMBERLY BOWERS, Vice-Chairman of the
  Virginia Board of Elections, and

DON PALMER, Secretary of the
  Virginia Board of Elections,

                        Defendants.

### STIPULATION OF DISMISSAL

Come now all Parties and Stipulate to the Dismissal of this action without Prejudice.

**SO ORDERED**

_____/s/_____
James R. Spencer
Chief United States District Judge

Respectfully submitted,

_____
Ronald A. Martin, Esq. VSB# 16615
R. Craig Evans, Esq., VSB# 20560
Counsel for the Plaintiffs
MCCAUL, MARTIN, EVANS & COOK, P.C.
8122 Mechanicsville Pike
Post Office Box 279
Mechanicsville, VA 23111
Telephone: (804) 746-3773
Facsimile: (804) 730-8062
rcevans@mmecpc.com


_____
E. Duncan Getchell, Jr., VSB #14156
Counsel for the Defendants
OFFICE OF THE ATTORNEY GENERAL
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2436
Facsimile: (804) 786-1991
dgetchell@oag.state.va.us


RECEIVED MAY - 9 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA